IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT                                                                                   PLAINTIFF

v.                                              Civil No. 2:20-CV-02130

SEBASTIAN COUNTY, *et. al.*                                                                      DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss this case. (ECF No. 51).

Plaintiff filed his Motion to Dismiss on May 12, 2021. (ECF No. 51). Defendants filed their Response in Support of Plaintiff's Motion to Dismiss that same day. (ECF No. 52). Defendants have no objection to the dismissal of this case. (*Id*.).

The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 51) as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 18th day of May 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE